IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ROBINSON,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

    v.                                            Case No. 13-cv-116-jdp

MARC CLEMENTS,

    Respondent.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent, Marc Clements denying petitioner James Robinson's petition for a writ of habeas corpus and dismissing this case with prejudice.

| /s/ | 3/29/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |